United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANERGY THIN FILM POWER AMERICA INC.,

    Plaintiff,

    v.

COLUMBIA SOLAR ENERGY, LLC,

    Defendant.

Case No. 15-cv-05735-RS

**ORDER RE MOTION TO DISMISS COUNTERCLAIM**

Plaintiff moved to dismiss defendant's second Counterclaim. In lieu of filing opposition, defendant amended. The motion to dismiss is therefore denied as moot, without prejudice to any arguments plaintiff may choose to advance that the second counterclaim as amended remains deficient. The hearing set for April 21, 2016 is vacated.

**IT IS SO ORDERED**.

Dated: April 11, 2016

_____
RICHARD SEEBORG
United States District Judge