**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Paul N. Tauger (SBN 160552)
*PaulTauger@WHGCLaw.com*
Esther A. Nguonly (SBN 289940)
*EstherNguonly@WHGCLaw.com*
G. Brent Sims (SBN 179397)
*BrentSims@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, California  92660
Tel:   (949) 833-8483
Fax:   (949) 833-2281

*Counsel for Plaintiff*
HANERGY THIN FILM POWER AMERICA INC. d/b/a HANERGY USA SOLAR SOLUTION LTD. d/b/a HANERGY AMERICA SOLAR SOLUTIONS

# UNITED STATES DISTRICT COURT

# NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| HANERGY THIN FILM POWER AMERICA INC. d/b/a HANERGY USA SOLAR SOLUTION LTD. d/b/a HANERGY AMERICA SOLAR SOLUTIONS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SOLAR ENERGY, LLC d/b/a COLUMBIA SOLAR ENERGY GENERATION, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:15-cv-05735-RS<br><br>District Judge:  Hon. Richard Seeborg<br>Courtroom 3, 17th Floor<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR HANERGY THIN FILM POWER AMERICA, INC'S RULE 56 MOTION**<br><br>Date:         September 1, 2016<br>Time:        1:30 p.m.<br>Crtrm:      3, 17th Floor |

   PLAINTIFF HANERGY THIN FILM POWER AMERICA INC. ("Hanergy") and Defendant COLUMBIA SOLAR ENERGY, LLC ("Columbia") hereby file this stipulation setting the briefing schedule with regards to Hanergy's motion pursuant to Federal Rules of Civil Procedure Rule 56:

   WHEREAS, Hanergy originally set a motion for summary judgment ("Motion") to be heard on August 18, 2016;

1

**STIPULATION SETTING BRIEFING SCHEDULE**

WHEREAS, Hanergy also moved the Court that certain exhibits be filed under seal;

WHEREAS, the timely service of the Motion and of the exhibits Hanergy proposed be filed under seal has been called into question;

WHEREAS, the Court has reset the hearing of such Motion to September 1, 2016; and

WHEREAS, the parties propose to resolve the timeliness issues on the basis set forth in this Stipulation;

NOW THEREFORE, the parties have agreed and stipulated as follows:

Columbia stipulates to the filing under seal of the exhibits that Hanergy proposed be filed under seal and agrees that all issues of service of the moving papers and exhibits have now been adequately addressed, and in turn the parties have agreed to the following briefing schedule for the Motion:

**Opposition Papers:** All papers to be filed by Columbia in Opposition to the Motion shall be electronically filed with the Court in conformance with local rules on or before July 18, 2016;

**Reply Papers:** All papers to be filed in reply to Columbia's Opposition shall be filed with the Court in conformance with local rules on or before July 25, 2016.

**IT IS SO STIPULATED.**

Dated: July 11, 2016                **WHGC, P.L.C.**

/s/ G. Brent Sims
G. Brent Sims
WHGC, P.L.C.
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
*Attorneys for Plaintiff*

2
**STIPULATION SETTING BRIEFING SCHEDULE**

| | |
|---|---|
| Dated: July 11, 2016 | **BALLARD SPAHR, LLP** |
| | /s/ Carl G. Roberts____ |
| | Carl G. Roberts |
| | Alan S. Petlak |
| | 2029 Century Park East, Suite 800 |
| | Los Angeles, CA  90067 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated: July ___, 2016

_____
Honorable Richard Seeborg
United States District Court Judge